**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ROBIN G. THORNTON,
on behalf of herself and others
similarly situated,

       Plaintiff,

v.                                No. 1:20-CV-1040 JB/LF

THE KROGER COMPANY,
ALBERTSONS,

Defendants.

## DEFENDANTS' NOTICE OF ATTENDANCE

Pursuant to the Court's Notice of Motion Hearing on Defendants' Motion to Dismiss with Prejudice (Document 19), Defendants hereby give notice to the Court and counsel that their preferred method of attendance at such hearing by their counsel is in-person attendance.

                    Respectfully Submitted,

                    BUTT THORNTON & BAEHR PC

                    /s/ *Monica R. Garcia*
                    Monica R. Garcia
                    P.O. Box 3170
                    Albuquerque, New Mexico  87190
                    Telephone:  (505) 884-0777
                    Facsimile:  (505) 889-8870
                    mrgarcia@btblaw.com

                    And

Nathaniel Lampley, Jr.
*pro hac vice*
Vorys, Sater, Seymour and Pease LLP
301 E. Fourth Street
Suite 3500, Great American Tower
Cincinnati, OH 45202
Tel:    (513) 723-4616
Fax:    (513) 852-7869
nlampley@vorys.com

*Counsel for Defendants,*
*The Kroger Co. and Albertsons LLC*

I HEREBY CERTIFY that on the 23rd day of
August, 2021, I filed the foregoing electronically
through the CM/ECF system, which caused the
following parties or counsel to be served by
electronic means, as more fully reflected on the
Notice of Electronic Filing:

A. Blair Dunn, Esq. - abdunn@ablairdunn-esq.com
Jared R. Vander Dussen, Esq. – warba.llp.jared@gmail.com
Marshall J. Ray - mray@mralaw.com
*Attorneys for Plaintiff*

*/s/  Monica R. Garcia*
Monica R. Garcia