IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ROBIN G. THORNTON, on behalf of**
**Herself and others similarly situated,**

    **Plaintiff,**

v.          No. 1:20-CV-1040 JB/LF

**THE KROGER COMPANY,**
**ALBERTSONS**

    **Defendants.**

## NOTICE OF WITHDRAWAL OF OBJECTION

COMES NOW, Plaintiffs, by and through undersigned counsel and provides the Court with a Notice of Withdrawal of Objection.

Defendant in the matter before the Court filed a Motion to Stay Discovery on November 13, 2020 [ECF Doc. 15] which Plaintiff initially opposed. Plaintiff is withdrawing such objection regarding the Stay of Discovery until the Defendant's pending Motion to Dismiss is heard by the Court.

        Respectfully submitted,

        */s/ A. Blair Dunn*
        A. Blair Dunn, Esq.
        abdunn@ablairdunn-esq.com
        Jared R. Vander Dussen, Esq.
        Warba.llp.jared@gmail.com
        Western Agriculture, Resource
        and Business Law Advocates, LLP
        400 Gold St. SW, Suite 1000
        Albuquerque, NM 87102
        (505)750-3060

                                                       */s/ Marshall J. Ray*
                                                      Marshall J. Ray, Esq.
                                                      201 12th St. NW
                                                      Albuquerque, NM 87102
                                                      (505) 312-7598
                                                      (505) 214-5977 (F)
                                                      mray@mraylaw.com

CERTIFICATE OF SERVICE

     I hereby certify that I filed the foregoing via the New Mexico E-Filing system on August 23, 2021 causing all parties of record to be served via electronic means.

*/s/ A. Blair Dunn*
A. Blair Dunn, Esq.