IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBIN G. THORNTON, on behalf of
Herself and others similarly situated, and
WENDY IRBY, on behalf of
Herself and other similarly situated,

        Plaintiff,
  v.

THE KROGER COMPANY,
ALBERTSONS, and LOWE'S
SUPERMARKETS, INC.,

        Defendants.         No. 1:20-CV-1040 JB/LF

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD: PLEASE TAKE NOTICE that Ethan Preston hereby enters an appearance as counsel of record for Plaintiffs in the above-referenced actions. Please serve said counsel with all pleadings and notices in this action.

        Ethan Preston (263295)
        ep@eplaw.us
        PRESTON LAW OFFICES
        4054 McKinney Avenue, Suite 310
        Dallas, Texas 75204
        Telephone: (972) 564-8340
        Facsimile: (866) 509-1197

Dated: January 25, 2022     By:     s/Ethan Preston
        Ethan Preston
        ep@eplaw.us
        **PRESTON LAW OFFICES**
        4054 McKinney Avenue, Suite 310
        Dallas, Texas 75204
        Telephone: (972) 564-8340
        Facsimile: (866) 509-1197

        *Attorneys for Plaintiffs Robin G. Thorton and*

*Wendy Irby, on their own behalf, and behalf of all others similarly situated*

## CERTIFICATE OF SERVICE

I, Ethan Preston, hereby certify that this document will be filed through the Court's Electronic Case Filing system and sent electronically to the parties of record as identified on the Notice of Electronic Filing (NEF).

Dated: January 25, 2022     By:     s/Ethan Preston
                                    Ethan Preston