IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBIN G. THORNTON,
on behalf of herself and others
similarly situated, and
WENDY IRBY, on behalf of
herself and Others similarly
situated

        Plaintiffs,

v.                                          No. 1:20-cv-1040 JB/LF

THE KROGER COMPANY,
ALBERTSONS,
PAY AND SAVE, INC.

        Defendants.

**UNOPPOSED MOTION OF DEFENDANT PAY AND SAVE, INC.
TO CONSOLIDATE BRIEFING ON MOTION TO DISMISS,
EXTEND PAGE LIMITS, ESTABLISH BRIEFING SCHEDULE AND
<u>ADOPT BY REFERENCE DEFENDANTS' PLEADINGS</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Pay and Save, Inc. (hereinafter, Pay and Save) by and through its attorneys of record, and pursuant to D.N.M.LR-Civ. 7.2, hereby submits its Unopposed Motion to Consolidate Briefing on Motion to Dismiss, Extend Page Limits, Establish Briefing Schedule, and Adopt by Reference Defendants' Pleadings as follows:

1.    Plaintiff Robin G. Thornton ("Plaintiff Thornton") commenced this action by filing a Complaint on September 3, 2020, in the Second Judicial District Court for the State of New Mexico, in and for the County of Bernalillo, styled *Robin G. Thornton v. The Kroger Company, et al.*, Case No. D-202-CV-2020-05018. The matter was removed. in 2020. (Doc. 1 10/08/2020)

2.    This Court rendered a stipulated order granting Defendants' Unopposed Motion to Consolidate Briefing on Motion to Dismiss, Extend Page Limits, and Establish Briefing Schedule. (Doc. 13 11/90/2020).

3. Plaintiff Wendy Irby ("Plaintiff Irby") was added by virtue of Plaintiffs' Second Complaint. (Doc. 60, 11/30/2021).

4. Plaintiffs added Pay and Save to this suit by their Third Amended Class Action Complaint ("Complaint" Doc. 97 01/19/2022). Plaintiffs' Complaint asserts claims similar to those as against The Kroger Company and Albertson's LLC ("other Defendants") against Pay and Save.

5. Pay and Saves plans to move to dismiss Plaintiffs' claims. Plaintiffs and all Defendants (collectively, the "Parties") have agreed, in the interest of judicial economy, that Pay and Save should consolidate briefing and file a single Motion to Dismiss.

6. The Parties have also agreed to a briefing schedule that will accommodate the needs of each of the Parties to this action. Specifically, Pay and Save's Motion to Dismiss will be due on February 17, 2022. Plaintiffs' Response to the Motion to Dismiss will be due on February 24, 2022. Pay and Save's Reply in Support of the Motion to Dismiss will be due on March 3, 2022.

7. In addition, the Parties have agreed to extend the page limits set forth in D.N.M.LR-Civ. 7.5 to allow the Motion to be filed up to thirty-five (35) double-spaced pages in length, the Response to be filed up to thirty-five (35) double-spaced pages in length, and the Reply to be filed up to twenty-five (25) double-spaced pages in length.

8. In addition, the Parties have agreed to permit Pay and Save to adopt as if re-typed verbatim all previous pleadings filed by other Defendants pursuant to Federal Rule of Civil Procedure 10.

9. In accordance with the requirement of D.N.M.LR-Civ. 7.1, the undersigned have sought concurrence in this Motion from all counsel. The Parties do not oppose this Motion. As a result, in accordance with the requirements of D.N.M.LR-Civ. 7.2, a proposed order approved by each party will be submitted to the Court concurrently with the filing of this Unopposed Motion.

**WHEREFORE,** Defendant Pay and Save, Inc., respectfully requests the Court enter its proposed Order allowing Pay and Save to consolidate its briefing and file a single Motion to Dismiss in this matter, adopt the briefing schedule proposed by the Parties, allow for an extension of the page limits in connection with the Motion to Dismiss briefing, and permit Pay and Save to adopt by reference all documents previously filed by Defendants The Kroger Company and Albertson's LLC.

          Respectfully submitted,

          /s/ Hugh N. Lyle
          Hugh N. Lyle
          Mullin Hoard & Brown, LLP
          1500 Broadway, Suite 700
          Lubbock, TX 79401
          hlyle@mhba.com
          *Counsel for Defendant Pay*
          *and Save, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of January 2022, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

A Blair Dunn          abdunn@ablairdunn-esq.com
Jared Robert Vander Dussen          E-mawarba.llp.jared@gmail.com
Western Agriculture, Resource
    and Business Advocates, LLP
400 Gold SW Ave., Suite 1000
Albuquerque NM 87102

Ethan Preston          ep@plaw.us
Preston Law Offices
4054 McKinney Avenue, Suite 310
Dallas, TX 75204

Marshall J Ray          trtray@mraylaw.com
Law Offices of Marshall J. Ray LLC
201 12th Street NW
Albuquerque, NM 87102
    *Counsel for Plaintiffs*

| | |
|---|---|
| Jeffrey A. Miller | jamiller@vorys.com |
| Jessica K. Baverman | jkbaverman@vorys.com |
| Nathanial Lampley, Jr. | nlampley@vorys.com |
| Victor Allen Walton, Jr. | vawalton@vorys.com |

Vorys Sayer Seymour & Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 452102

Monica R. Garcia        mrgarcia@btblaw.com
Butt Thornton & Baehr PC
4101 Indian School Rd., NE, Suite 300S
P. O. Box 3170
Albuquerque, NM 87190
 *Counsel for Defendants The Kroger Company and Albertson's LLC*

_____
Hugh N. Lyle